# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MONTANA

| United States of America | ) | Location Code(s)/Violation Number(s) | Violation Date(s) |
|---|---|---|---|
| v. | ) | M13    6027316 | 06/27/2016 |
| BATES, JONATHAN R | ) | Offense(s) | Amount Due |
| 850 KILA RD | ) | Failure to Use Adult Safety Belt | $50.00 |
| KILA, MT 59920 | ) | | |
| Defendant | ) | | |

## ARREST WARRANT

To: Any authorized law enforcement officer

There is probable cause to issue this warrant for the arrest of the person identified above.

**YOU ARE COMMANDED** to arrest and bring this defendant before the nearest available United States magistrate judge without unnecessary delay to answer to these charge(s).

If the defendant has paid the amount due, you may return this warrant unexecuted.

RECEIVED 2016 AUG 29 P 12: 57 US MARSHALS SERVICE MISSOULA, MONTANA

Date and time issued: 8/24/16

Judge's Signature
**HON JOHN T JOHNSTON**

### Return

| Received | Date: 08/29/2016 | Location: Quashed |
|---|---|---|

*Executed by the arrest of the defendant.*

| Arrested | Date: 07/28/2016 | Location: Quashed |
|---|---|---|

Name: Tracie L. Groenier  Title: OpSupSpec  District: D46/MT
Date: 01/10/2017  Signature: Tracie L Groenier

FID# 10151480